# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRYSTAL MICHELLE SONNON,** | : | CIVIL ACTION NO. 1:15-CV-1497 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 8th day of August, 2016, upon consideration of the parties' stipulation (Doc. 20), it is hereby ORDERED that plaintiff Crystal Michelle Sonnon is awarded Four Thousand Two Hundred dollars ($4,200.00) in attorney fees under the EAJA.  Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that plaintiff owes no qualifying, pre-existing debt(s) to the Government.  If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania